IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AUDREY KAPLAN,<br>STUART L. BRISGEL,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.:<br>)  2:13-cv-01295-RDP<br>)<br>)<br>)<br>)<br>) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Audrey Kaplan and Stuart L. Brisgel, ("Plaintiffs") and Defendant Nationstar Mortgage, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiffs against Nationstar Mortgage, LLC, in the above-styled action, with the parties to bear their own fees, costs and expenses.

Respectfully submitted this 10th day of February, 2014.

John G. Watts (ASB-5819-t82j)
M. Stan Herring (ASB-1074-n72m)
Watts & Herring, LLC
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
john@wattsherring.com
stan@wattsherring.com
*Attorneys for Plaintiffs*

Gregory C. Cook
Amelia K. Steindorff
BALCH & BINGHAM LLP
P.O. Box 306
Birmingham, AL 35201-0306
Telephone: 205. 226-3421
gcook@balch.com
asteindorff@balch.com
*Attorneys for Defendant*