FILED
2014 Feb-11 AM 11:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **AUDREY KAPLAN, et al.,** | } | |
| | } | |
| **Plaintiffs,** | } | |
| | } | |
| **v.** | } | **Case No.: 2:13-CV-01295-RDP** |
| | } | |
| **NATIONSTAR MORTGAGE, LLC,** | } | |
| | } | |
| **Defendant.** | } | |

**ORDER**

In accordance with the Joint Stipulation of Dismissal (Doc. #20), filed on February 10, 2014, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this February 11, 2014.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE